UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 2:96-cr-15-SPC

DEWAYNE EDISON

_____/

## ORDER[1]

Before the Court is the United States' Motion to Deny Evidentiary Hearing or Limit Testimony (Doc. 922), and Defendant Dewayne Edison's response (Doc. 926). The Court has set a final revocation hearing as to Edison for November 14, 2018. (Doc. 924). The Government moves to deny Edison an evidentiary hearing on a violation of supervised release *if* he intends to put on evidence or testimony supporting any claim of innocence on an underlying state court charge. (Doc. 922 at 9 (emphasis added)). Edison argues that the Court should deny the motion because he will not raise actual innocence as a defense to any violation at his final hearing. (Doc. 926 at 2-3). Because Edison will offer no evidence or testimony on actual innocence, the Court denies the motion as moot.

Accordingly, it is now

**ORDERED:**

The United States' Motion to Deny Evidentiary Hearing or Limit Testimony (Doc. 922) is **DENIED as moot**.

_____

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE AND ORDERED** in Fort Myers, Florida on this 27th day of September 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record