UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:96-cr-15-FtM-UAMRM

DEWAYNE EDISON
_____/

**ORDER**[1]

Before the Court is the Government's Motion to Amend Petition on Violation of Supervised Release. (Doc. 964). The Court signed a Petition for Warrant or Summons for Offender Under Supervised release on May 15, 2019. (Doc. 947). Since then, the State Attorney's Office in Lee County, Florida filed an information against Defendant Dewayne Edison that formally charged Edison with cocaine-related charges. (Doc. 964 at 2-3). To be consistent with those charges, the Government moves to amend the Petition to state the following:

1. **New criminal conduct, Sale or Delivery of Controlled Substance, occurring on or about February 21, 2019, while on supervision in violation of the mandatory conditions of supervision**: On or about February 21, 2019, the defendant directed another individual, or individuals, to sell crack cocaine. From start to finish, the defendant supervised and oversaw this narcotic transaction. He was subsequently charged with Sale or Delivery of Controlled Substance, in Lee County Circuit Court, Fort Myers, Florida, Case Number 19-CF-015981.

2. **New criminal conduct, Sale or Delivery of Controlled Substance, occurring on or about February 27, 2019, while on supervision in violation of the mandatory conditions of supervision**: On or about February 27, 2019, the defendant directed another individual, or individuals, to sell crack cocaine. From start to finish, the defendant supervised and oversaw this narcotic transaction. He was subsequently

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. The Court accepts no responsibility for the availability or functionality of any hyperlink. A hyperlink that stops working or directs the user to some other site does not affect the opinion of the Court.

charged with Sale or Delivery of Controlled Substance, in Lee County Circuit Court, Fort Myers, Florida, Case Number 19-CF-015981.

3. **New criminal conduct, Sale or Delivery of Controlled Substance, occurring on or about March 14, 2019, while on supervision in violation of the mandatory conditions of supervision**: On or about March 14, 2019, the defendant directed individuals to sell crack-cocaine. From start to finish, the defendant supervised and oversaw this narcotic transaction. He was subsequently charged with Sale or Delivery of Controlled Substance, in Lee County Circuit Court, Fort Myers, Florida, Case Number 19-CF-015981.

4. **New criminal conduct, Trafficking in Cocaine – 28 Grams or More, occurring on or about March 28, 2019, while on supervision in violation of the mandatory conditions of supervision**: On or about March 28, 2019, the defendant sold 28.71 grams of cocaine to a confidential informant for $2,000. He was subsequently charged with Trafficking in Cocaine – 28 Grams or More, in Lee County Circuit Court, Fort Myers, Florida, Case Number 19-CF-015981.

5. **New criminal conduct, Possession of Cocaine with Intent, occurring on or about March 28, 2019, while on supervision in violation of the mandatory conditions of supervision**: On or about March 28, 2019, the defendant sold 28.71 grams of cocaine to a confidential informant for $2,000. He was subsequently charged with Possession of Cocaine with Intent, in Lee County Circuit Court, Fort Myers, Florida, Case Number 19-CF-015981.

(Doc. 964 at 3-4). After careful consideration of the Government's motion and the applicable law, the Court finds good cause to grant the amend the Petition as so requested.

Accordingly, it is now

**ORDERED:**

(1) The Government's Motion to Amend Petition on Violation of Supervised Release (Doc. 964) is **GRANTED**. The preliminary revocation hearing set for June 12, 2019, will proceed on the amended language outlined in this Order and the Government's motion (Doc. 964 at 3-4).

(2) The United States Probation Office is **DIRECTED** to file an amended Petition on the Violation of Supervised Release consistent with this Order on or before **June 18, 2019**.

**DONE AND ORDERED** in Fort Myers, Florida on this 11th day of June 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record